UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSEL MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-687** |
| **DEON D. DANNA, SR.,**<br>**K. RANDALL EVANS, ESQ.,**<br>**and EVANS & CLESI, APLC** | **SECTION: "E" (2)** |

### ORDER

Before the Court is a Motion for Contempt and for Attorneys' Fees and Costs, filed by Defendant Deon D. Danna.[1] In the motion, Defendant asks the Court to (1) hold Plaintiff in contempt, resulting in dismissal of Plaintiff's complaint with prejudice; and (2) award attorneys' fees and costs in favor of Defendant.[2]

This matter was referred to the United States Magistrate Judge, who issued her Report and Recommendation on February 6, 2023, recommending dismissal of the action with prejudice but not awarding attorneys' fees and costs.[3] In the Report and Recommendation, the Magistrate Judge noted that Plaintiff consented to dismissal with prejudice.[4] As confirmation of this position, Plaintiff filed a Notice of No Objection on February 14, 2023.[5] On February 14, 2023, Defendant, in whose favor the Magistrate Judge ruled, filed an Objection to the Magistrate Judge's Report and Recommendation.[6] Defendant states he objects to dismissal with prejudice until Plaintiff's counsel provides Defense counsel with Plaintiff's address and the name of Plaintiff's employer.[7] Counsel for Plaintiff provided Plaintiff's phone number and the name of Plaintiff's employer to Defense

---

[1] R. Doc. 43
[2] *Id.* at p. 4.
[3] R. Doc. 57.
[4] *Id.* at p. 7.
[5] R. Doc. 60.
[6] R. Doc. 61.
[7] *Id.*

1

counsel on February 9, 2023. Plaintiff's counsel represented to the Court that he does not have an address for Plaintiff.

The Court, having considered the Motion, the record, the applicable law, Defendant's Objection, Plaintiff's Notice of No Objection, and the Magistrate Judge's Report and Recommendation, finds the Magistrate Judge's findings are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Defendant Danna's motion[8] is **GRANTED IN PART** as to contempt and dismissal of the action with prejudice and **DENIED IN PART** as to an award of attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 16th day of February, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[8] R. Doc. 43.